The order below is hereby signed.

Signed: November 02, 2005.



_S. Martin Teel, Jr._
_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CONGRESS OF NATIONAL BLACK | ) | Case No. 03-02296 |
| CHURCHES, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |

**SUPPLEMENTAL OPINION AND ORDER DETERMINING THAT $5,407.28 OF COMPENSATION RECEIVED BY DEBTOR'S COUNSEL WAS UNREASONABLE AND <u>REQUIRING DISGORGEMENT OF THAT AMOUNT TO THE CHAPTER 7 TRUSTEE</u>**

Pursuant to a hearing of November 2, 2005, and the court's oral opinion of that date addressing the United States Trustee's Motion to Examine Debtor's Transactions With Attorney, it is

ORDERED that the court determines that:

1. Of the compensation of $15,438.69 received by the debtor's attorneys, the law firm of Crowell & Moring, relating to debt or bankruptcy counseling, the amount of $1,674.19 for which no invoice has been submitted was unreasonable compensation received by the law firm, only $13,764.50 in billings having been submitted in the evidence provided the court.

    2.  With respect to the fee amounts set forth in the first two statements of account attached to the law firm's September 16, 2003 billing statement--which are unaccompanied by statements of who performed the tasks and how much time was spent on the respective tasks--only half of these amounts is reasonable compensation, and thus the respective amounts of $326.25 and $890.00 in fees (derived by halving the fees billed in the two statements of account) constitute unreasonable compensation received by the law firm.

    3.  Of the fees and expenses in the total amount of $1,391.84 set forth in the third statement of account attached to the September 16, 2003 billing letter, no portion was a reasonable amount to charge to the debtor, and the $1,391.84 constitutes unreasonable compensation received by the law firm.

    4.  With respect to the October 13, 2005 billing letter, and the $3,375 of fees charged with respect to Karen Hastie Williams--who was an attorney without bankruptcy experience but billing at the rate of $450 per hour in this instance for performing bankruptcy filing work that, as the law firm conceded, could have been performed by an experienced bankruptcy attorney in a smaller firm billing at lower rates (rates which the law firm has not shown would

exceed $300 per hour)--the law firm received unreasonable compensation in the amount of $1,125.00.

    5.  The total amount of unreasonable compensation received by the law firm was $5,407.28.

It is further

ORDERED that within 21 days after entry of this order the debtor's law firm, Crowell & Moring, shall disgorge to the chapter 7 trustee, William Douglas White, the sum of $5,407.28.

                        [Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Dennis J. Early, Assistant United States Trustee; William Douglas White.